**United States District Court**
For the Northern District of California

1

2

3

4

5          IN THE UNITED STATES DISTRICT COURT

6          FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8  LEARNING TECHNOLOGY PARTNERS,          No.  CV 14-04322 LB

9          Plaintiff,                     **ORDER**

10    v.

11  UNIVERSITY OF THE INCARNATE WORD,

12          Defendant.
                                        /

13

14  GOOD CAUSE APPEARING THEREFOR,

15          IT IS ORDERED that this case is reassigned to the **Honorable Phyllis J. Hamilton** in the

16  **Oakland division** for all further proceedings. Counsel are instructed that all future filings shall bear

17  the **initials PJH** immediately after the case number. All dates presently scheduled are vacated and

18  motions should be renoticed for hearing before the judge to whom the case has been reassigned.

19  Briefing schedules, including ADR and other deadlines remain unchanged. *See* Civil L.R. 7-7(d).

20  Matters for which a magistrate judge has already issued a report and recommendation shall not be

21  rebriefed or noticed for hearing before the newly assigned judge; such matters shall proceed in

22  accordance with Fed. R. Civ. P. 72(b).

23

24                                      FOR THE EXECUTIVE COMMITTEE:

25

26  Dated:  September 29, 2014

                                        Richard W. Wieking
27                                      Clerk of Court

28

A true and correct copy of this order has been served by mail upon any pro se parties.