UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEARNING TECHNOLOGY PARTNERS,<br><br>        Plaintiff,<br><br>    v.<br><br>UNIVERSITY OF THE INCARNATE WORD,<br><br>        Defendant. | Case No. 14-cv-4322-PJH<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE** |

Pursuant to Local Rule 72-1, this matter is referred for random assignment of a Magistrate Judge to conduct a settlement conference by **December 10, 2015**. The parties will be advised of the date, time and place of appearance by notice from the assigned Magistrate Judge. The parties are directed to contact the courtroom deputy of the undersigned judge if they are not advised of the assigned magistrate judge within seven days.

**IT IS SO ORDERED.**

Dated: November 2, 2015

_____

PHYLLIS J. HAMILTON
United States District Judge

cc: MagRef, Assigned M/J, counsel of record