UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEARNING TECHNOLOGY PARTNERS,<br><br>           Plaintiff,<br><br>     v.<br><br>UNIVERSITY OF THE INCARNATE WORD,<br><br>           Defendant. | Case No. 14-cv-4322-PJH<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE** |

On November 2, 2015, this matter was referred to Magistrate Judge Westmore to conduct a settlement conference by December 10, 2015. However, due to the unavailability of the parties and/or Judge Westmore before that date, the matter is hereby referred for random reassignment of a Magistrate Judge to conduct a settlement conference by December 10, 2015.

The parties will be advised of the date, time and place of appearance by notice from the assigned magistrate judge. The parties are directed to contact the courtroom deputy of the undersigned judge if they are not advised of the assigned magistrate judge within seven days.

**IT IS SO ORDERED.**

Dated: November 12, 2015

_____
PHYLLIS J. HAMILTON
United States District Judge

cc: MagRef, Assigned M/J, counsel of record