UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEARNING TECHNOLOGY PARTNERS,<br><br>             Plaintiff,<br><br>      v.<br><br>UNIVERSITY OF THE INCARNATE WORD,<br><br>             Defendant. | Case No. 14-cv-4322-PJH<br><br>**ORDER RE MOTION FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION** |

Before the court is plaintiff's motion for leave to file a motion for reconsideration of a portion of the court's pretrial order.  Because plaintiff has presented evidence that was not before the court at the time of the pretrial conference, the court finds that reconsideration is warranted, and thus GRANTS plaintiff's motion.  Plaintiff shall be permitted to file a motion for reconsideration on the limited issue raised in the motion for leave.  In lieu of filing a motion for reconsideration, plaintiff may also file a statement indicating that it rests on the arguments presented in its motion for leave.  Defendant shall be permitted to file a response, but no reply will be permitted.  Plaintiff's motion/statement must be filed by **January 6, 2016**, and defendant's response must be filed by **January 13, 2016**.  Each filing is not to exceed ten (10) pages.

**IT IS SO ORDERED.**

Dated:  December 29, 2015

_____
PHYLLIS J. HAMILTON
United States District Judge