UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEARNING TECHNOLOGY PARTNERS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNIVERSITY OF THE INCARNATE WORD,<br><br>　　　　Defendants. | Case No.  C-14-4322-PJH<br><br>**ORDER FOR JURY REFRESHMENTS** |

IT IS HEREBY ORDERED that the United States District Court shall furnish daily lunch for the Eight (8) members of the jury in the above entitled matter, during jury deliberations, at the expense of the United States.  The trial will be held in Courtroom 3, 3rd Floor, 1301 Clay Street, Oakland, California 94612.

**IT IS SO ORDERED.**

Dated:  February 25, 2016

_____
PHYLLIS J. HAMILTON
United States District Judge