UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEARNING TECHNOLOGY PARTNERS,<br><br>           Plaintiff,<br><br>      v.<br><br>UNIVERSITY OF THE INCARNATE WORD,<br><br>           Defendant. | Case No. 14-cv-4322-PJH<br><br>**JUDGMENT** |

This action was tried by a jury, the undersigned judge presiding.  On March 1, 2016, the jury rendered a verdict in favor of defendant on plaintiff's claims, and in favor of plaintiff on defendant's counterclaims.  Consequently,

it is Ordered, Adjudged and Decreed

that judgment be entered in favor of defendant University of the Incarnate Word and against plaintiff Learning Technology Partners on plaintiff's claims, and that judgment be entered in favor of plaintiff (and counter-defendant) Learning Technology Partners and against defendant (and counter-claimant) University of the Incarnate Word on defendant's counterclaims, and that the action be dismissed, and further that each side shall bear its own costs.

**IT IS SO ORDERED.**

Dated:  March 1, 2016

_____
PHYLLIS J. HAMILTON
United States District Judge